IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

BRANDON LYDELL TURNER,       )
                             )
    Plaintiff,               )
                             )
v.                           )     CV 121-166
                             )
CHARLES B. WEBSTER DETENTION )
CENTER'S FOOD SERVICES,      )
                             )
    Defendant.               )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, **GRANTS** Plaintiff's motion for paperwork,[1] and **CLOSES** this civil action.

SO ORDERED this ___26th___ day of January, 2022, at Augusta, Georgia.

                                         J. RANDAL HALL, CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to attach a blank, standard form complaint used by incarcerated litigants in the Southern District of Georgia to Plaintiff's service copy of this Order.